TOWN OF NEWINGTON *v.* CONNECTICUT STATE BOARD
OF LABOR RELATIONS

The defendant's motion to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

*Irving B. Shurberg,* for the appellant (plaintiff).

No appearance for the appellee (defendant).

Argued April 2—decided April 2, 1974

CAROL C. JOHNSON *v.* JOHN J. O'CONNOR ET AL.

The defendants' motion to dismiss the appeal from the Superior Court in New Haven County is denied.

*James O. Shea,* for the appellees (defendants).

No appearance for the appellant (plaintiff).

Argued April 2—decided April 2, 1974

ROSE M. EASON *v.* EARL I. WILLIAMS, EXECUTOR
(ESTATE OF JOHN H. CARTER), ET AL.

The motion by the named defendant to dismiss the appeal from the Superior Court in New Haven County is denied.

*Morris Melnick,* for the appellee (named defendant).

*Howard A. Jacobs,* for the appellant (plaintiff).

Argued April 2—decided April 2, 1974